MAY-28-09 THU 03:27 PM    COOMBS & DUNLAP          FAX NO. 7072528516              P. 02
MAY. 28. 2009  2:11PM     ALLEN MATKINS                      NO. 0970

AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

### Northern District of CA

Arch Specialty Insurance Company

                      Plaintiff (s),      **CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

        V.

Fred K. Kesler                                   CASE NUMBER: 09-cv-00181-MMC

                   Defendant (s),

Notice is hereby given that, subject to approval by the court, __Fred K. Kesler__ substitutes
(Party (s) Name)

__Robert R. Moore, Esq.__, State Bar No. __113818__ as counsel of record in
(Name of New Attorney)

place of __Charles F. Kuntz of Coombs & Dunlap, LLP.__
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name:      ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS LLP
    Address:        Three Embarcadero Center San Francisco, CA 94111
    Telephone:      415-837-1515              Facsimile 415-837-1516
    E-Mail (Optional): rmoore@allenmatkins.com

I consent to the above substitution.          Fred K. Kesler

Date:  May 29, 2009                           _/s/ Fred K. Kesler_
                                              (Signature of Party (s))

I consent to being substituted.               Charles P. Kuntz

Date:  May 28, 2009                           _/s/ Charles P. Kuntz_
                                              (Signature of Former Attorney (s))

I consent to the above substitution.
Date:  May 22, 2009                           _/s/ Robert R. Moore_
                                              (Signature of New Attorney)
                                              Robert R. Moore, Esq.

The substitution of attorney is hereby approved and so ORDERED.

Date:  June 1, 2009                           _/s/ Maxine M. Chesney_
                                              Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]

American LegalNet, Inc.
www.FormsWorkflow.com