UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RELATED CASE ORDER

An Administrative Motion to Consider Whether Cases Should Be Related has been filed, stating that the following cases are related within the meaning of Civil L.R. 3-12(a):

    **C 09-0181 MMC**    Arch Specialty Insurance Company v. Fred K. Kesler
    **C 09-0757 SBA**    Fred K. Kesler & Associates, Inc., et al. v. National Union Fire Insurance Company, et al.

**ORDER**

On the basis of the material submitted to the Court, as the Judge assigned to the earliest filed case, I find that the cases:

    [ X ]  **ARE NOT RELATED** as defined by Civil L.R. 3-12(a).

    [   ]  **ARE RELATED** as defined by Civil L.R. 3-12(a).

**DATED**: June 22, 2009

_____
MAXINE M. CHESNEY
United States District Judge