1  SEDGWICK, DETERT, MORAN & ARNOLD LLP
   BRUCE D. CELEBREZZE  Bar No. 102181
2  NICHOLAS W. HELDT Bar No. 083601
   SIGRID IRÍAS Bar No. 129319
3  One Market Plaza
   Steuart Tower, 8th Floor
4  San Francisco, California 94105
   Telephone: (415) 781-7900
5  Facsimile: (415) 781-2635

6  Attorneys for Plaintiff
   ARCH SPECIALTY INSURANCE CO.
7
   ALLEN MATKINS LECK GAMBLE
8   MALLORY & NATSIS LLP
   ROBERT R. MOORE Bar No. 113818
9  MICHAEL J. BETZ  Bar No. 196228
   NICHOLAS A. SUBIAS Bar No. 228789
10 Three Embarcadero Center, 12th Floor
   San Francisco, California 94111-4074
11 Telephone:  (415) 837-1515
   Facsimile:   (415) 837-1516
12
   Attorneys for Defendant
13 FRED K. KESLER

14

15
                    UNITED STATES DISTRICT COURT
16
                   NORTHERN DISTRICT OF CALIFORNIA
17

18

19 ARCH SPECIALTY INSURANCE         CASE NO. 09-0181 MMC
   COMPANY,
20                                  **STIPULATION AND [PROPOSED]**
         Plaintiff,                 **ORDER RE CONTINUANCE OF**
21                                  **STATUS CONFERENCE**
         v.
22
   FRED K. KESLER,
23
         Defendant.
24

25

26
        IT IS HEREBY STIPULATED AND AGREED BY AND BETWEEN plaintiff ARCH
27
   SPECIALTY INSURANCE COMPANY and defendant FRED K. KESLER, through their
28

-1-                                     CASE NO. 09-0181 MMC
STIPULATION AND [PROPOSED] ORDER RE CONTINUANCE OF STATUS CONFERENCE

respective attorneys of record herein, that the status conference currently scheduled for April 16, 2010, at 10:30 a.m., may be continued for approximately three to four weeks, to a date convenient to the court.  The reason for this stipulation is that the case has been resolved via mediation, although not all matters necessary to complete the settlement and allow for a dismissal of this action have yet occurred.

     IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED:  April 15, 2010     SEDGWICK, DETERT, MORAN & ARNOLD LLP

By:    /s/  Sigrid Irias
    Sigrid Irías
    Attorneys for Plaintiff
    ARCH SPECIALTY INSURANCE COMPANY

DATED:  April 15, 2010     ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS LLP

By:    /s/  Nicholas Subias
    Nicholas Subias
    Attorneys for Defendant
    FRED K. KESLER

*Filer's Attestation: Pursuant to General Order No. 45, Section X(B) regarding signatures, Nicholas A. Subias hereby attests that concurrence in the filing of this document has been obtained.*

PURSUANT TO STIPULATION AND GOOD CAUSE APPEARING, IT IS SO ORDERED.

The status conference shall be continued from April 16, 2010, until  May 21 , 2010 at  10:30 a.m.  ~~o'clock~~.  A Joint Status Conference Statement shall be filed no later than May 14, 2010.

DATED:  April 15, 2010

    HONORABLE MAXINE CHESNEY
    United States District Judge