1  SEDGWICK, DETERT, MORAN & ARNOLD LLP
   BRUCE D. CELEBREZZE  Bar No. 102181
2  NICHOLAS W. HELDT Bar No. 083601
   SIGRID IRIAS Bar No. 129319
3  One Market Plaza
   Steuart Tower, 8th Floor
4  San Francisco, California 94105
   Telephone: (415) 781-7900
5  Facsimile: (415) 781-2635

6  Attorneys for Plaintiff
   ARCH SPECIALTY INSURANCE CO.
7
   ALLEN MATKINS LECK GAMBLE
8   MALLORY & NATSIS LLP
   ROBERT R. MOORE Bar No. 113818
9  MICHAEL J. BETZ  Bar No. 196228
   NICHOLAS A. SUBIAS Bar No. 228789
10 Three Embarcadero Center, 12th Floor
   San Francisco, California 94111-4074
11 Telephone:  (415) 837-1515
   Facsimile:   (415) 837-1516
12
   Attorneys for Defendant
13 FRED K. KESLER

14

15
                UNITED STATES DISTRICT COURT
16
                NORTHERN DISTRICT OF CALIFORNIA
17

18

19 ARCH SPECIALTY INSURANCE         CASE NO. 09-0181 MMC
   COMPANY,
20
            Plaintiff,              **STIPULATION AND [PROPOSED]**
                                    **ORDER RE DISMISSAL OF ENTIRE**
21     v.                           **ACTION WITH PREJUDICE**

22 FRED K. KESLER,

23          Defendant.

24

25

26     IT IS HEREBY STIPULATED AND AGREED BY AND BETWEEN plaintiff ARCH

27 SPECIALTY INSURANCE COMPANY and defendant FRED K. KESLER, through their

28 respective attorneys of record herein, pursuant to the settlement of this matter, that this entire

SF/1690247v1
                                    -1-                    CASE NO. 09-0181 MMC
         STIPULATION AND [PROPOSED] ORDER RE DISMISSAL OF ENTIRE ACTION WITH PREJUDICE

1  action shall be DISMISSED WITH PREJUDICE as to all parties, each party to bear his or its
2  own attorneys' fees and costs.
3       IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

5  DATED: May 4, 2010        SEDGWICK, DETERT, MORAN & ARNOLD LLP

8                            By:    /s/  Sigrid Irías
                                  Sigrid Irias
                                  Attorneys for Plaintiff
9                                 ARCH SPECIALTY INSURANCE COMPANY

11 DATED: May 4, 2010        ALLEN MATKINS LECK GAMBLE MALLORY &
                            NATSIS LLP

14                           By:    /s/  Michael J. Betz
                                  Michael J. Betz
                                  Attorneys for Defendant
15                                FRED K. KESLER

17 *Filer's Attestation: Pursuant to General Order No. 45, Section X(B) regarding signatures,
   Sigrid Irías hereby attests that concurrence in the filing of this document has been obtained.*

20 PURSUANT TO STIPULATION, IT IS SO ORDERED.

22 DATED: May 5, 2010                    _____
                                        HONORABLE MAXINE CHESNEY
                                        United States District Judge